Tyler B. Ayres, Bar No. 9200
Daniel M. Baczynski, Bar No. 15530
AYRES LAW FIRM
12339 South 800 East, Suite 101
Draper, UT 84020
(801) 255-5555
tbayres98@gmail.com
Daniel.ayreslaw@gmail.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Brett Fowers,<br><br>  Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates,<br><br>  Defendant. | **ATTORNEYS' PLANNING MEETING REPORT**<br><br>Case No. 2:17-cv-01126<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

**1.**   **PRELIMINARY MATTERS**:

  a.   The nature of the claims and affirmative defenses is: Plaintiff alleges that Portfolio Recovery Associates, LLC ("PRA") violated the Fair Debt Collection Practices Act ("FDCPA") and Utah Consumer Sales Practices Act ("UCSPA") by sending Plaintiff a letter to collect on a time-barred debt without disclosing that any payment on the debt may revive the statute of limitations. PRA denies that it has violated the FDCPA or UCSPA. On November 9, 2017, PRA filed a motion to dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted.

  b.   This case is   \_\_\_\_\_not referred to a magistrate judge

        \_\_X\_referred to magistrate judge Evelyn J. Furse

          \_\_\_X\_\_under 636(b)(1)(A)

          _____under 636(b)(1)(B)

      \_\_\_\_\_assigned to a magistrate judge under General Order 07-001

        and

1

       \_\_\_\_ all parties consent to the assignment for all proceedings or

       \_\_\_\_ one or more parties request reassignment to a district judge

c.   Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on November 21st and November 22nd through email.

   The following attended:

   Daniel M. Baczynski
   AYRES LAW FIRM
   12339 South 800 East Suite 101
   Draper, UT 84020
   (801) 255-5555
   Attorneys for Plaintiff

   Cameron M .Hancock
   Rod N. Andreason
   KIRTON MCCONKIE
   P.O. Box 45120
   Salt Lake City, UT 84145-0120
   801-328-3600
   chancock@kmclaw.com
   randreason@kmclaw.com
   Attorneys for Defendant

   David L. Hartsell
   Sarah A. Zielinski
   MCGUIRE WOODS LLP
   77 W. Wacker Dr Ste 4100
   Chicago, IL 60601
   (312) 750-8898
   dhartsell@mcguirewoods.com
   szielinski@mcguirewoods.com
   Attorneys for Defendant

d.   The parties do not request an initial pretrial scheduling conference with the court prior to entry of the scheduling order. An initial pretrial scheduling conference is set before Magistrate Judge Evelyn J. Furse on December 13, 2017 @ 10:00 a.m.

e.   The parties \_\_\_\_\_ have exchanged or \_\_\_X\_\_ will exchange by 12/13/2017 the initial disclosures required by Rule 26(a)(1).

f. Pursuant to Fed. R. Civ. P. 5(b)(2)(D), the parties agree to receive all items required to be served under Fed. R. Civ. P. 5(a) by either (i) notice of electronic filing, or (ii) e-mail transmission. Such electronic service will constitute service and notice of entry as required by those rules. Any right to service by USPS mail is waived.

2. **DISCOVERY PLAN**: The parties jointly propose to the court the following discovery plan:

   a. Discovery is necessary on the following subjects:

      (1) Class Certification
      (2) Merits of the case

   b. Discovery Phases.

      Discovery will not be conducted in phases.

   c. DISCOVERY

      (1) Oral Exam Depositions

      Plaintiff          10

      Defendant          10

      Maximum no. hrs. per deposition     7

      (2) Written Discovery

      Interrogatories         25

      Admissions              25

      Requests for production of documents     25

      (3) Other discovery methods:   None.

   d. Discovery of electronically stored information should be handled as follows:

      At this stage of the litigation, the parties have agreed to produce documents, including email, in a PDF format. Should discovery reveal the importance of the metadata associated with specific email, the parties agree to provide a list of search terms when making discovery requests that may require a search of email or databases.

   e. Last day to file written discovery:    06/07/18

   g. Close of fact discovery:               07/09/18

**3. AMENDMENT OF PLEADINGS AND ADDITION OF PARTIES**:

    a.    The cutoff dates for filing a motion to amend pleadings are:

          Plaintiff:    04//04/18    Defendant:    04/04/18

    b.    The cutoff dates for filing a motion to join additional parties are:

          Plaintiff:    04/04/18    Defendant    04/04/18

**4. EXPERT REPORTS**:

Reports from experts under Rule 26(a)(2) will be submitted on:

        Parties bearing burden of proof:    08/23/18

        Response:    10/01/18

**5. OTHER DEADLINES**:

    a.    Expert Discovery cutoff:   10/15/18

    b.    Deadline for filing dispositive[1] or potentially dispositive motions including motions to exclude experts where expert testimony is required to prove the case. 11/15/18.

    c.    Deadline for filing partial or complete motions to exclude expert testimony 12/15/18.

**6. ADR/SETTLEMENT**:

    a.    The potential for resolution before trial is:  Fair

    b.    This case should be referred to the court's alternative dispute resolution program for   arbitration: _____    mediation: _____

    c.    The parties intend to engage in private alternative dispute resolution for arbitration: _____   mediation: _____

    d.    The parties will re-evaluate the case for settlement/ADR resolution on:  12/15/18.

**7. TRIAL AND PREPARATION FOR TRIAL:**

    a.    The parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    b.    This case should be ready for a bench trial by:  02/15/19

    c.    The estimated length of the trial is:   4 days

---

[1] Dispositive motions, if granted, affect the final resolution of the case; nondispositive motions, if granted, affect the case but do not dispose of it.

AYRES LAW FIRM

| | | |
|---|---|---|
| */s/*   Daniel Baczynski | Date: | 11/22/2017 |

Daniel M. Baczynski
Attorneys for Plaintiff


**McGUIREWOODS LLP**

Date:     11/22/2017

*/s/*   Sarah A. Zielinski
David L. Hartsell (*admitted pro hac*)
Sarah A. Zielinski (*admitted pro hac*)
**McGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
312-849-8100
dhartsell@mcguirewoods.com
szielinski@mcguirewoods.com

Cameron M. Hancock (Utah Bar No. 5389)
Rod N. Andreason (Utah Bar No. 8853)
**KIRTON McCONKIE**
Kirton McConkie Building
50 East South Temple, Suite 400
P.O. Box 45120
Salt Lake City, UT 84145-0120
(801) 328-3600
chancock@kmclaw.com
randreason@kmclaw.com

*Attorneys for Defendant Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of November 2017, I caused a true and correct copy of **ATTORNEYS' PLANNING MEETING REPORT** to be served through the Court's E-Filing System as follows:

David L. Hartsell (admitted pro hac)
Sarah A. Zielinski (admitted pro hac)
McGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
312-849-8100
dhartsell@mcguirewoods.com
szielinski@mcguirewoods.com

Cameron M. Hancock (Utah Bar No. 5389)
Rod N. Andreason (Utah Bar No. 8853)
KIRTON McCONKIE
Kirton McConkie Building
50 East South Temple, Suite 400
P.O. Box 45120
Salt Lake City, UT 84145-0120
(801) 328-3600
chancock@kmclaw.com
randreason@kmclaw.com

/s/ Daniel Baczynski