David L. Hartsell (*admitted pro hac*)
Sarah A. Zielinski (*admitted pro hac*)
**McGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
312-849-8100
dhartsell@mcguirewoods.com
szielinski@mcguirewoods.com

Cameron M. Hancock (Utah Bar No. 5389)
Rod N. Andreason (Utah Bar No. 8853)
**KIRTON McCONKIE**
Kirton McConkie Building
50 East South Temple, Suite 400
P.O. Box 45120
Salt Lake City, UT 84145-0120
(801) 328-3600
chancock@kmclaw.com
randreason@kmclaw.com

*Attorneys for Defendant Portfolio Recovery Associates, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BRETT FOWERS,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:17-cv-01126 DN-EJF<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

NOW COME Plaintiff, BRETT FOWERS, and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, through their respective counsel, and hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41, with each party to bear its own costs and fees.

Dated: December 11, 2017

| BRETT FOWERS, Plaintiff | PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendant |
|---|---|
| *Approval by Email for Electronic Signature* | |
| By: *s/ Daniel M. Baczynski (with permission)*  One of His Attorneys | By: *s/ David L. Hartsell*  One of Its Attorneys |
| Tyler B. Ayres, Bar No. 9200  Daniel M. Baczynski, Bar No. 15530  AYRES LAW FIRM  12339 South 800 East, Suite 101  Draper, UT 84020  (801) 255-5555  tbayres98@gmail.com  Daniel.ayreslaw@gmail.com | David L. Hartsell (*admitted pro hac*)  Sarah A. Zielinski (*admitted pro hac*)  McGUIREWOODS LLP  77 West Wacker Drive, Suite 4100  Chicago, IL 60601-1818  (312) 849-8100  dhartsell@mcguirewoods.com  szielinski@mcguirewoods.com |
| *Attorneys for Plaintiff* | Cameron M. Hancock (Utah Bar No. 5389)  Rod N. Andreason (Utah Bar No. 8853)  KIRTON McCONKIE  Kirton McConkie Building  50 East South Temple, Suite 400  P.O. Box 45120  Salt Lake City, UT 84145-0120  (801) 328-3600  chancock@kmclaw.com  randreason@kmclaw.com |
| | *Attorneys for Defendant Portfolio Recovery Associates, LLC* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2017, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was served by the method(s) indicated below upon the following:

| | |
|---|---|
| Tyler B. Ayres | ( ) U.S. Mail, Postage Prepaid |
| Daniel M. Baczynski | ( ) Hand Delivered |
| AYRES LAW FIRM | ( ) Overnight Mail |
| 12339 S. 800 E. Ste. 101 | ( ) Facsimile |
| Draper, UT 84020 | (X) E-mail/E-filing |
| tyler@ayreslawfirm.com | |
| Daniel.ayreslaw@gmail.com | |

*s/ David L. Hartsell*

96957365_1